RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorney for Defendant,
*State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SABRINA GARGANESE,<br><br>   Plaintiff,<br><br>vs.<br><br>STATE FARM AUTOMOBILE INSURANCE COMPANY; and DOES I through X, and ROE Corporations I through X, inclusive,<br><br>   Defendants. | Case No.: 2:16-cv-02408-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, Sabrina Garganese, and Defendant, State Farm Mutual Automobile Insurance Company dba State Farm, parties hereto, by and through their respective counsel, Vannah & Vannah, for Plaintiff, and Hall Jaffe & Clayton, LLP, for Defendant,

/ / /

/ / /

/ / /

/ / /

that this matter be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 28th day of June, 2017.

HALL JAFFE & CLAYTON, LLP

By: *Riley A. Clayton, Esq.*
Riley A. Clayton, Esq.
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, NV 89128
*Attorney for Defendant*

DATED this 28th day of June, 2017.

VANNAH & VANNAH

By: *Tamara Vannah, Esq.*
Tamara Vannah, Esq.
Nevada Bar No.
400 So. Seventh Street, Fourth Floor
Las Vegas, NV 89101
*Attorney for Plaintiff*

**O R D E R**

**IT IS SO ORDERED:**

Dated July 6, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE